NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHARLOTTE L. BRADEN,               )
                                   )
          Appellant,               )
                                   )
v.                                 )     Case No. 2D17-3529
                                   )
STATE OF FLORIDA,                  )
                                   )
          Appellee.                )
                                   )
_____    )

Opinion filed November 8, 2019.

Appeal from the Circuit Court for Lee
County; Joseph C. Fuller, Jr., Judge.

Howard L. Dimmig, II, Public Defender, and
Caroline Joan Picart, Special Assistant
Public Defender, Bartow, for Appellant.


Ashley Moody, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa, for
Appellee.



PER CURIAM.


          Affirmed.


KELLY, VILLANTI, and LUCAS, JJ., Concur.